**No. 44049.**—Protest 935265–G of Alfred Dunhill of London, Inc. (New York).

Opinion by TILSON, J. On the evidence presented certain items were held dutiable under paragraph 1527 (c) (2) and the French Trade Agreement and other items were held dutiable as smokers' articles at 60 percent under paragraph 1552 as claimed.

BEFORE THE SECOND DIVISION, JUNE 28, 1940

**No. 44050.**—Protests 394950–G, etc., of Central Madeira Corp. (New York).

Opinion by TILSON, J. Princess lace similar to that involved in *United States* v. *Case* (20 C. C. P. A. 185, T. D. 45979) was held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 44051.**—Protest 449120–G of Mosse, Inc. (New York).

Opinion by TILSON, J. The evidence showed that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 44052.**—Protest 495041–G of Saks & Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 44053.**—Protest 933902–G of Sibley, Lindsay & Curr Co. (Rochester).

Opinion by TILSON, J. On the record presented and following *Kohlberg* v. *United States* (27 C. C. P. A. 354, C. A. D. 111) the crocheted cotton gloves in question were held properly classified at 90 percent under paragraph 1529 (a).